UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In re: | Case No. 09-12630-PGH |
|---|---|
| HOWARD, DAVID HENRY, JR.<br>HOWARD, BETTY<br><br>Debtor(s) | Chapter 7 |

**NOTICE OF DEPOSIT OF FUNDS WITH THE
U. S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

( )  The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(X)  The Trustee has a balance of **$10.30** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: September 15, 2010

Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone: (561) 838-4539
Facsimile: (561) 514-3439





PAID
#133602

Printed: 09/15/10 02:35 PM

# Claims Distribution Small Checks

Page: 1

Trustee: Michael R. Bakst (290840)

Case: 09-12630 - HOWARD, DAVID HENRY, JR.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| XXXXXXXX5666 | 120 | 09/15/10 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $10.30 |
| | | | 7 | 05/21/09 | 610 | Martin Memorial Diagnostic<br>P.O. Box 959<br>Stuart, FL 34995-0959 | 25.00 | 25.00 | 2.71 | 2.71 |
| | | | 9 | 05/21/09 | 610 | Martin Memorial Medicenters<br>P.O. Box 417<br>Stuart, FL 34995-0417 | 10.02 | 10.02 | 1.09 | 1.09 |
| | | | 17 | 05/21/09 | 610 | Martin Memorial Medical Cntr<br>P.O. Box 9033<br>Stuart, FL 34995-9033 | 35.00 | 35.00 | 3.79 | 3.79 |
| | | | 22 | 05/21/09 | 610 | Martin Memorial Diagnostic<br>P.O. Box 959<br>Stuart, FL 34995-0959 | 25.00 | 25.00 | 2.71 | 2.71 |

(*) Denotes objection to Amount Filed